# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAQUANDA HILL,

        Plaintiff,

vs.

SSA,

        Defendant.

Case No. 2:18-cv-00302-KJD-CWH

**REPORT AND RECOMMENDATION**

On March 8, 2018, the court entered a screening order dismissing plaintiff Laquanda Hill's complaint without prejudice for failure to state a claim. (Order (ECF No. 3).) Plaintiff was given leave to file an amended complaint by April 9, 2018. (*Id.* at 3-4.) Plaintiff was advised that failure to comply with the screening order would result in a recommendation that her case be dismissed. (*Id.* at 4.) Plaintiff has not taken any action in this case since the court's screening order dated March 8, 2018, and she therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff Laquanda Hill's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: May 4, 2018

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**