# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAQUANDA HILL,

        Plaintiff,

v.

SSA,

        Defendant.

Case No. 2:18-CV-00302-KJD-CWH

**ORDER**

Before the Court for consideration is the Report and Recommendation (#5) of Magistrate Judge Carl W. Hoffman entered May 4, 2018, recommending that Plaintiff's complaint be dismissed without prejudice. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#5) of the United States Magistrate Judge entered May 4, 2018, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#5) entered May 4, 2018, are **ADOPTED** and **AFFIRMED**;

///

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED without prejudice**.

Dated this 24th day of May, 2018.

_____
Kent J. Dawson
United States District Judge